IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

YVETTE SCOTT and DAVID SCOTT,

    Plaintiffs,

    -vs-                        NO.  12-cv-796-DRH-PMF

THE WASHINGTON UNIVERSITY;
and BARNES-JEWISH HOSPITAL,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Stipulation for Dismissal with Prejudice filed by the parties herein, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this cause is hereby dismissed with prejudice and with each party bearing his, her or its own costs of suit herein.

**DATED: April 23, 2013**

Digitally signed by David R. Herndon
Date: 2013.04.23 15:58:26 -05'00'

**Chief Judge**
**United States District Court**