IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

YVETTE SCOTT and DAVID SCOTT,

    Plaintiffs,

    -vs-                    NO.  12-cv-796-DRH-PMF

THE WASHINGTON UNIVERSITY;
and BARNES-JEWISH HOSPITAL,

    Defendants.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order dismissing case signed on April 23, 2013, this case is **DISMISSED** with prejudice.

**DATED: April 23, 2013**

Digitally signed by David R. Herndon
Date: 2013.04.23 16:00:01 -05'00'

**Chief Judge**
**United States District Court**